**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1341**

BRENDA COLEMAN GILLIS,

        Debtor - Appellant,

    v.

SUZANNE WADE, Trustee,

        Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:20-cv-00248-JAG)

Submitted: August 24, 2021                  Decided: August 26, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brenda Coleman Gillis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Coleman Gillis appeals the district court's order dismissing her appeal from the bankruptcy court's order for failing to pay the filing fee as directed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gillis v. Wade*, No. 3:20-cv-00248-JAG (E.D. Va. Feb. 23, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*